IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MODERN HANDLING EQUIPMENT          :
OF N.J., INC.                      :
75 New Street                      :
Edison, NJ  08837,                 :
                                   :
                  Plaintiff,       :        Civil Action No. _02CV3204_
                                   :
            v.                     :
                                   :
GIANT BATTERY CO.                  :
62-564 Vincent Circle              :
Ivyland, PA  18974,                :
                                   :
                  Defendant        :

## COMPLAINT

      1.    Plaintiff, Modern Handling Equipment of N.J., Inc. ("Modern"), is a
corporation organized and existing under the laws of the state of Delaware, with its principal
place of business at 75 New Street, Edison, NJ  08837.

      2.    Defendant, Giant Battery Co. ("Giant"), is a corporation organized and
existing under the laws of the Commonwealth of Pennsylvania, with its principal place of
business at 62-64 Vincent Circle, Ivyland, PA  18974.

      3.    This Court has jurisdiction of this civil action pursuant to 28 U.S.C.
§1332(a), in that the matter in controversy exceeds the sum or value of $75,000, exclusive of
interest and costs, and is between citizens of different States.

      4.    At times material hereto, Giant was an authorized distributor of industrial
batteries and chargers manufactured by GNB Industrial Battery Co., which, upon information

and belief, now does business as GNB Industrial Power, a division of Exide Technologies, Inc. (collectively "GNB").

5.     At times material hereto, Modern sold forklifts to General Motors Corporation ("GM") at its facility in Linden, New Jersey, which forklifts were powered by industrial batteries.

6.     At the special instance and request of GM, Modern undertook to supply GM with GNB batteries and chargers for the forklifts Modern sold to GM.

7.     For reasons relating to the chain of distribution, Modern placed orders for such GNB batteries and chargers through Hyster Co. ("Hyster"), also an authorized GNB distributor, and GNB shipped those batteries and chargers to Giant or, at Giant's request, directly to GM.

8.     In furtherance of this distribution arrangement, GNB invoiced Hyster for such batteries and chargers, Hyster invoiced Modern, Modern invoiced Giant and Giant invoiced GM.

9.     Such distribution arrangement further envisioned that GM would thereafter make payment to Giant for such batteries and chargers, Giant would make payment to Modern, Modern would make payment to Hyster and Hyster would make payment to GNB.

10.     From April, 2001, through August, 2001, in connection with orders from GM for batteries and chargers, GNB shipped batteries and chargers to Giant for delivery GM, or shipped batteries and chargers directly to GM, for which GNB invoiced Hyster, Hyster invoiced Modern, Modern invoiced Giant and Giant invoiced GM.

11.     The invoices from Modern to Giant for such batteries and chargers, in the amount of $280,806.79, are attached hereto as Exhibit "A". The reverse side of a representative

Modern invoice, which contains the terms and conditions upon which Modern transacts business, is attached hereto as Exhibit "B".

   12. Modern paid Hyster for such batteries and chargers.

   13. On information and belief, GM paid Giant for such batteries and chargers.

   14. Giant paid Modern $22,000 for batteries and chargers under Modern invoice 333-24983 and $15,045 under Modern invoice 330-07402, leaving currently due and owing by Giant to Modern for such batteries and chargers the sum of $243,761.79.

   15. On or about May 3, 2001, Modern supplied Giant with a driver and coil for which it invoiced Giant in the amount of $96.00, which amount remains unpaid. A copy of that invoice is attached hereto as Exhibit "C".

   16. On or about August 24, 2001, Modern supplied Giant with parts for which it invoiced Giant in the amount of $435.66, which amount remains unpaid. A copy of that invoice is attached hereto as Exhibit "D".

   17. From approximately May, 2000 to August, 2001, Modern ordered GNB batteries from Giant for Modern customers other than GM , which batteries were to be shipped by GNB to Giant and thereafter by Giant to Modern or to Modern's customers.

   18. As is more fully set forth on Exhibit "E" attached hereto, Giant invoiced Modern the sum of $43,543.93 for those batteries, which invoices Modern paid.

   19. Upon information and belief, GNB shipped those batteries to Giant but Giant never delivered them to Modern.

   20. Modern has demanded that Giant deliver those batteries to Modern, which Giant has failed and refused to do. In the alternative, Giant is obligated to return to Modern the

sum of $43,543.93 that Modern paid for those batteries, which Giant has likewise failed and refused to do.

## COUNT ONE

21.    Modern incorporates by reference paragraphs 1 through 20 hereof as if set forth in full.

22.    Giant's failure to pay Modern the amounts due and owing Modern constitutes a breach of contract for which Giant is liable to Modern.

WHEREFORE, Plaintiff, Modern Handling Equipment of N.J., Inc., respectfully prays this Court to enter judgment in its favor and against Defendant, Giant Battery Co., in the amount of $287,837.38, together with interest and costs.

## COUNT TWO

23.    Modern incorporates by reference paragraphs 1 through 22 hereof as if set forth in full.

24.    Giant's failure to pay Modern the amounts due and owing Modern constitutes unjust enrichment for which Giant is liable to Modern.

WHEREFORE, Plaintiff, Modern Handling Equipment of N.J., Inc., respectfully prays this Court to enter judgment in its favor and against Defendant, Giant Battery Co., in the amount of $287,837.38, together with interest and costs.

## COUNT THREE

25.    Modern incorporates by reference paragraphs 1 through 24 hereof as if set forth in full.

Doc. #573467v.1

26.     Giant's failure to deliver to Modern the batteries that, upon information and belief, GNB shipped to Giant but Giant never delivered to Modern constitutes conversion for which Giant is liable to Modern.

WHEREFORE, Plaintiff, Modern Handling Equipment of N.J., Inc., respectfully prays this Court to enter judgment in its favor and against Defendant, Giant Battery Co., in the amount of $43,543.93, together with interest and costs.

_____

Lee A. Rosengard  (Attorney I.D. # 23458)
STRADLEY, RONON, STEVENS & YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA  19103-7098
(215) 564-8032

Attorneys for Plaintiff,
Modern Handling Equipment of N.J., Inc.

**EXHIBIT A**

MODERN HANDLING EQUIP. NJ
75 NEW STREET
EDISON      NJ    08837
(732) 738-9200



Over 50 Years of Service

INVOICE NO.
------------------------
333-24983

PAGE

| | | |
|---|---|---|
| SOLD TO: | GIANT BATTERY | SHIP TO: GENERAL MOTORS |
| | 62-64 VINCENT CIRCLE | |
| | IVYLAND        PA  18974 | LINDEN        NJ |

MAIL PAYMENTS TO: P O BOX 8500 (S1715) PHILADELPHIA, PA. 19178    WHOLEGOOD ORDER# 39212
PLEASE LIST INVOICE NUMBER ON CHECK

| DATE | CUSTOMER # | CUSTOMER ORDER # | ORDERED BY | SHIP VIA | PU | EMP # | SLS # |
|---|---|---|---|---|---|---|---|
| 4/27/01 | 63839 | STEVE SMITH | STEVE SMITH | | | 33510 | |

| QTY ORDERED | B/O | QTY SHIPPED | MODEL# | MFG | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | M890180021CB759 | GNB | BATTERY SERIAL#: KAD0109 | | |
| 1 | | 1 | M890180021CB759 | GNB | BATTERY SERIAL#: KBD0111 | | |
| 1 | | 1 | M8901810019B75958 | GNB | BATTERY SERIAL#: KGC0127 | | |
| 1 | | 1 | M8901810019B75958 | GNB | BATTERY SERIAL#: KGC0165 | | |
| 1 | | 1 | M890180021CB759 | GNB | BATTERY SERIAL#: KAD0123 | | |
| 1 | | 1 | M890180021CB759 | GNB | BATTERY SERIAL#: KAD0154 | | |
| 1 | | 1 | M890180021CB759 | GNB | BATTERY SERIAL#: KAD0152 | | |

### CONTINUED ###

C. BY _____

**INIMUM BILLING: $15.00**
ERMS: Net due on receipt of invoice - No discount allowed.
service charge of 1% per month (12% per annum) will be charged on past due accounts.
o returns accepted without prior approval. A handling/restocking charge will be deducted from all returns.
ll discrepancies must be reported within 5 days of receipt of shipment.
pplicable Sales, Use or Excise Taxes are payable by purchaser in addition to the prices stated herein.
IPINV-F 11/20/96 P4

MODERN HANDLING EQUIP. NJ
75 NEW STREET
EDISON      NJ    08837
(732), 738-9200



**MODERN**
*Over 50 Years of Service*

INVOICE NO.

333-24983

PAGE

| SOLD TO: | GIANT BATTERY | SHIP TO: | GENERAL MOTORS |
|---|---|---|---|
| | 62-64 VINCENT CIRCLE | | |
| | IVYLAND      PA  18974 | | LINDEN      NJ |

MAIL PAYMENTS TO: P O BOX 8500 (S1713) PHILADELPHIA, PA. 19178
PLEASE LIST INVOICE NUMBER ON CHECK

WHOLEGOOD ORDER# 39212

| DATE | CUSTOMER # | CUSTOMER ORDER # | ORDERED BY | SHIP VIA | PU | EMP # | SLS # |
|---|---|---|---|---|---|---|---|
| 4/27/01 | 63839 | STEVE SMITH | STEVE SMITH | | | 33510 | : |

| QTY ORDERED | B/O | QTY SHIPPED | MODEL# | MFG | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | M890180021CB759 | GNB | BATTERY SERIAL#: KAD0150 | | |
| 1 | | 1 | M8901B09019B759 | GNB | BATTERY SERIAL#: KSC0155 | | |
| 1 | | 1 | M8901B09019B759 | GNB | BATTERY SERIAL#: KSC0199 | | |
| 1 | | 1 | M8901B09019B759 | GNB | BATTERY SERIAL#: KSC0140 | | |
| 1 | | 1 | M8901B09019B759 | GNB | BATTERY SERIAL#: KSC0135 | | |
| 1 | | 1 | M8901B09019B759 | GNB | BATTERY SERIAL#: KSC0130 | | |

```
=================================================
BILLED FOR 13 BATTERIES SENT TO GENERAL MOTORS
=================================================
```

SUB-TOTAL      72862.90

TOTAL AMT      72862.90

BY_____

NIMUM BILLING: $15.00
RMS: Net due on receipt of invoice - No discount allowed.
ervice charge of 1% per month (12% per annum) will be charged on past due accounts.
returns accepted without prior approval. A handling/restocking charge will be deducted from all returns.
discrepancies must be reported within 5 days of receipt of shipment.
plicable Sales, Use or Excise Taxes are payable by purchaser in addition to the prices stated herein.
'INV-F 11/20/96 P4

#CHARGE#

IF INVOICE IS PAID AFTE
5/27/01

PLEASE PAY THIS AMOUNT
73591.53

HANDLING EQUIP. NJ
STREET
     NJ   08837

738-9200



**Over 50 Years of Service**

INVOICE NO.
------------------------
333-25029

PAGE   2

| SOLD TO: | GIANT BATTERY 62-64 VINCENT CIRCLE IVYLAND    PA 18974 | SHIP TO: | GENERAL MOTORS RT 1 LINDEN    NJ |
|---|---|---|---|

IL PAYMENTS TO: P O BOX 8500 (S1715) PHILADELPHIA, PA. 19178    WHOLEGOOD ORDER# 39241
PLEASE LIST INVOICE NUMBER ON CHECK

| | CUSTOMER # | CUSTOMER ORDER # | ORDERED BY | SHIP VIA | PU | EMP # | SLS # |
|---|---|---|---|---|---|---|---|
| 1/01 | 63839 | SIGNED ORDER | STEVE SMITH | | | 33510 | 300 |

| TY ERED | B/O | QTY SHIPPED | MODEL# | MFG | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | M8901809019B759 | GNB | BATTERY SERIAL#: KDD0330 | | |
| 1 | | 1 | M8901809019B759 | GNB | BATTERY SERIAL#: KDD0329 | | |
| 1 | | 1 | M8901809019B759 | GNB | BATTERY SERIAL#: KDD0308 | | |
| 1 | | 1 | M8901809019B759 | GNB | BATTERY SERIAL#: KDD0303 | | |
| 1 | | 1 | M8901809019B759 | GNB | BATTERY SERIAL#: KDD0299 | | |
| 1 | | 1 | M8901809019B759 | GNB | BATTERY SERIAL#: KDD0297 | | |
| 1 | | 1 | M8901809019B759 | GNB | BATTERY SERIAL#: KSS0295 | | |
| 1 | | 1 | M8901809019B759 | GNB | BATTERY SERIAL#: KDD0291 | | |

### CONTINUED ###

**BILLING: $15.00**
Net due on receipt of invoice - No discount allowed.
charge of 1% per month (12% per annum) will be charged on past due accounts.
accepted without prior approval. A handling/restocking charge will be deducted from all returns.
ancies must be reported within 5 days of receipt of shipment.
Sales, Use or Excise Taxes are payable by purchaser in addition to the prices stated herein.





NJ
08857

**INVOICE NO.**

333-25029

Over 50 Years of Service

PAGE

SOLD TO:   GIANT BATTERY
           62-64 VINCENT CIRCLE
           IVYLAND       PA  18974

SHIP TO:   GENERAL MOTORS
           RT 1
           LINDEN       NJ

MAIL PAYMENTS TO: P O BOX 8500 (S1715) PHILADELPHIA, PA. 19178    WHOLEGOOD ORDER#  39241
                  PLEASE LIST INVOICE NUMBER ON CHECK

| DATE | CUSTOMER # | CUSTOMER ORDER # | ORDERED BY | SHIP VIA | PU | EMP # | SLS |
|------|-----------|------------------|------------|----------|-----|-------|-----|
| 5/11/01 | 63839 | SIGNED ORDER | STEVE SMITH | | | 33310 | |

| QTY ORDERED | B/O | QTY SHIPPED | MODEL# | MFG | DESCRIPTION | UNIT PRICE | AMOUNT |
|-------------|-----|-------------|--------|-----|-------------|------------|--------|
| 1 | | 1 | M8901809019B759 | GNB | BATTERY<br>SERIAL#: KDD0321 | | |
| 1 | | 1 | M8901809019B759 | GNB | BATTERY<br>SERIAL#: KDD0328 | | |
| 1 | | 1 | M8901809019B759 | GNB | BATTERY<br>SERIAL#: KDD0319 | | |
| 1 | | 1 | M8901809019B759 | GNB | BATTERY<br>SERIAL#: KDD0324 | | |
| 1 | | 1 | M8901809019B759 | GNB | BATTERY<br>SERIAL#: KDD0313 | | |
| 1 | | 1 | M8901809019B759 | GNB | BATTERY<br>SERIAL#: KDD0333 | | |
| 1 | | 1 | M8901809019B759 | GNB | BATTERY<br>SERIAL#: KDD0317 | | |

### CONTINUED ###

C. BY _____

**INIMUM BILLING: $15.00**
ERMS: Net due on receipt of invoice - No discount allowed.
service charge of 1% per month (12% per annum) will be charged on past due accounts.
o returns accepted without prior approval. A handling/restocking charge will be deducted from all returns.
ll discrepancies must be reported within 5 days of receipt of shipment.
pplicable Sales, Use or Excise Taxes are payable by purchaser in addition to the prices stated herein.

IPINV-F 11/20/96 P4

JM HANDLING EQUIP. NJ
EM STREET
ION          NJ   08837
!) 738-9200


**MODERN**
*Over 50 Years of Service*

INVOICE NO.

333-25029

PAGE    3

| SOLD TO: | GIANT BATTERY | | SHIP TO: | GENERAL MOTORS |
|---|---|---|---|---|
| | 62-64 VINCENT CIRCLE | | | RT 1 |
| | IVYLAND        PA  18974 | | | LINDEN        NJ |

MAIL PAYMENTS TO: P O BOX 8500 (S1715) PHILADELPHIA, PA. 19178
PLEASE LIST INVOICE NUMBER ON CHECK

WHOLEGOOD ORDER#   39241

| ATE | CUSTOMER # | CUSTOMER ORDER # | ORDERED BY | SHIP VIA | | PU | EMP # | SLS # |
|---|---|---|---|---|---|---|---|---|
| i/11/01 | 63839 | SIGNED ORDER | STEVE SMITH | | | | 33510 | 300 |

| QTY ORDERED | QTY B/O | SHIPPED | MODEL# | MFG | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|

```
========================================================
BILLED FOR 15 BATTERIES THAT WENT TO GENERAL MOTORS

IF YOU HAVE ANY QUESTIONS ON THIS INVOICE PLEASE CALL
KAREN BEESE @ 732-738-9200 EXT 1120.
--------------------------------------------------------
########## THANK YOU FOR YOUR BUSINESS ###############
--------------------------------------------------------
```

SUB-TOTAL          78220.50

NEW JERSEY          6.000% STATE TAX     4693.23
                    TOTAL AMT           82913.73

#CHARGE#

JM BILLING: $15.00

5: Net due on receipt of invoice - No discount allowed.
ce charge of 1% per month (12% per annum) will be charged on past due accounts.
rns accepted without prior approval. A handling/restocking charge will be deducted from all returns.
repancies must be reported within 5 days of receipt of shipment.
ble Sales, Use or Excise Taxes are payable by purchaser in addition to the prices stated herein.
11/20/96 P4

IF INVOICE IS PAID AFTER
6/10/01

PLEASE PAY THIS AMOUNT
83742.87

N HANDLING EQUIP. NJ
N STREET
N          NJ   08837
) 738-9200



**Over 50 Years of Service**

INVOICE NO.
330-07402

PAGE    1

SOLD TO:    GIANT BATTERY                      SHIP TO:    GIANT BATTERY
            62-64 VINCENT CIRCLE                           62-64 VINCENT CIRCLE
            IVYLAND        PA  18974                        IVYLAND        PA  18974

MAIL PAYMENTS TO:  P O BOX 8500 (S1715) PHILADELPHIA, PA. 19178        CT REF# 43478
                   PLEASE LIST INVOICE NUMBER ON CHECK

| DATE | CUSTOMER # | CUSTOMER ORDER # | ORDERED BY | SHIP VIA | PU | EMP # | SLS # |
|------|-----------|------------------|------------|----------|-----|-------|-------|
| /29/01 | 63839 | LNS61947/22 GM RENTA STEVE SMITH | | DIRECT | | 36310 | 300 |

| QTY ORDERED | B/O | QTY SHIPPED | PART# | MFG | DESCRIPTION | UNIT PRICE | AMOUNT |
|-------------|-----|-------------|-------|-----|-------------|-----------|--------|
| | | | | | ** RE-PRINT ** | | |
| 10 | | 7 | PR376188-002 | GM BATTERY | | 6633.60 | 46435.20 |
| | | | | | BATTERY RENTAL | | |
| 10 | | 7 | PR376188-001 | GM BATTERY | | 7279.20 | 50954.40 |
| | | | | | GM BATTERIES | | |

GIANT BATTERY BILLED GM FOR THESE ON GM555768.

SUB-TOTAL        97389.60

COMPANY NOT REGISTERED TO COLLECT PA SALES TAX. REMIT SALE
TAX DIRECTLY TO THE APPROPRIATE PA STATE TAX DEPARTMENT

TOTAL AMT        97389.60

BY _____

:CHARGE

NIMUM BILLING: $15.00
RMS: Net due on receipt of invoice - No discount allowed.
ervice charge of 1% per month (12% per annum) will be charged on past due accounts.
returns accepted without prior approval. A handling/restocking charge will be deducted from all returns.
discrepancies must be reported within 5 days of receipt of shipment.
plicable Sales, Use or Excise Taxes are payable by purchaser in addition to the prices stated herein.

IF INVOICE IS PAID AFTER
6/28/01

PLEASE PAY THIS AMOUNT
98363.56



EDISON    NJ   08837
(732) 738-9200

333-25189

**MODERN**

*Over 50 Years of Service*

PAGE

| SOLD TO: | GIANT BATTERY | SHIP TO: | FOR: GENERAL MOTORS |
|---|---|---|---|
| | 62-64 VINCENT CIRCLE | | 90 LNS64354 |
| | ATTN: STEVE SMITH | | LINDEN           NJ |
| | IVYLAND         PA 18974 | | |

MAIL PAYMENTS TO: P O BOX 8500 (S1715) PHILADELPHIA, PA. 19178     WHOLEGOOD ORDER# 39380
PLEASE LIST INVOICE NUMBER ON CHECK

| DATE 8/19/01 | CUSTOMER # 63839 | VIN FMX 8712/01 | ORDERED BY STEVE SMITH | SHIP VIA | PU | EMP # 33510 | SLS # 3( |
|---|---|---|---|---|---|---|---|

| QTY ORDERED | B/O | QTY SHIPPED | MODEL# | MFG | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01D1114S | | |
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01D1113S | | |
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01D1112S | | |
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01D1111S | | |
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01D1110S | | |
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01D1109S | | |
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01B0336S | | |

**‡‡‡ CONTINUED ‡‡‡**

BY _____

**MINIMUM BILLING: $15.00**
TERMS: Net due on receipt of invoice - No discount allowed.
service charge of 1% per month (12% per annum) will be charged on past due accounts.
returns accepted without prior approval. A handling/restocking charge will be deducted from all returns.
discrepancies must be reported within 5 days of receipt of shipment.
plicable Sales, Use or Excise Taxes are payable by purchaser in addition to the prices stated herein.

PINV-F 11/20/96 P4

MODERN HANDLING EQUIP. NJ
75 NEW STREET
EDISON        NJ    08837
(732) 738-9200



INVOICE NO.

333-25189

PAGE

Over 50 Years of Service

| SOLD TO: | GIANT BATTERY<br>62-64 VINCENT CIRCLE<br>ATTN: STEVE SMITH<br>IVYLAND      PA  18974 | SHIP TO: | FOR: GENERAL MOTORS<br>90 LNS64354<br>LINDEN        NJ |

MAIL PAYMENTS TO:  P O BOX 8500 (S1715) PHILADELPHIA, PA. 19178          WHOLEGOOD ORDER#   39380
PLEASE LIST INVOICE NUMBER ON CHECK

| DATE | CUSTOMER # | CUSTOMER ORDER # | ORDERED BY | SHIP VIA | PU | EMP # | SLS # |
|------|-----------|------------------|-----------|----------|-----|-------|-------|
| 6/19/01 | 63839 | VIA FAX 6/12/01 | STEVE SMITH | | | 33510 | 30 |

| QTY<br>ORDERED | B/O | QTY<br>SHIPPED | MODEL# | MFG | DESCRIPTION | UNIT<br>PRICE | AMOUNT |
|------|-----|------|--------|-----|-------------|-------|--------|
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01B0335S | | |
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01B1102S | | |
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01B1103S | | |
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01B1101S | | |
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01C1303B | | |

IF YOU HAVE ANY QUESTIONS ON THIS INVOICE PLEASE CALL
KAREN BEESE @ 732-738-9200 EXT 1120.

FOR CHARGERS THAT WERE SENT TO GENERAL MOTORS ON 6/6/01
PO #LNS64354

WE APPRECIATE YOUR PROMPT PAYMENT

SUB-TOTAL        26076.00

| NEW JERSEY | 6.000% STATE TAX | 1564.56 |
| | TOTAL AMT | 27640.56 |

EC. BY _____

#CHARGE#

MINIMUM BILLING: $15.00
ERMS: Net due on receipt of invoice - No discount allowed.
service charge of 1% per month (12% per annum) will be charged on past due accounts.
lo returns accepted without prior approval. A handling/restocking charge will be deducted from all returns.
ll discrepancies must be reported within 5 days of receipt of shipment.
pplicable Sales, Use or Excise Taxes are payable by purchaser in addition to the prices stated herein.
RPINV-F 11/20/96 P4

IF INVOICE IS PAID AFTE
7/19/01

PLEASE PAY THIS AMOUNT
27916.97

**EXHIBIT B**

## GENERAL TERMS AND CONDITIONS

The following terms apply unless specifically modified in writing signed by Modern or unless otherwise stated on the front side hereof.

**DEFINITIONS:** "Modern" means the company whose name is printed in the upper left hand corner of the front of this form. "Equipment" means the goods and services described on the front of this form under "DESCRIPTION". "Buyer" means the Buyer of the Equipment, if this form is used as a "Sales Order." "Vendor" means the vendor to Modern of the Equipment, if this form is used as a Purchase Order or Change Order. "Subcontractor" means subcontractor installing the Equipment, if this form is used as an Installation Contract.

**TAXES:** Under Sales Orders, Buyer is responsible for payment of any excise, privilege, sales, or similar taxes, whether federal, state, or local, on the sale by Modern of the Equipment to Buyer, whether or not such taxes are included in the price stated on the front side hereof.

**PAYMENT:** Payment on Sales Orders shall be made as stated on the front of this form without any retention, offsets, back charges or other withholding. Deposits will not be refunded unless specified otherwise.

**SHIPMENT:** On Sales Orders, Equipment will be shipped F.O.B. point of origin, with freight collect or prepaid, as stated on the front of this form. Delivery to the carrier shall constitute delivery to Buyer for all purposes. For Purchase Orders (including Change Orders) freight terms will be as stated on the front side of this form.

**WARRANTY:** On Sales Orders for new Equipment, the only warranty to Buyer is that of the manufacturer. Modern offers no additional warranty. For used Equipment or for modifications made

by Modern to Equipment, and any warranty will be only as stated on the front of this form. Modern makes no other warranties, express or implied, with respect to any Equipment purchased or serviced hereunder and Buyer hereby acknowledges that there has been no reliance on any statements or representations, except as specifically set forth on the front hereof.

**FORCE MAJEURE:** Modern is not liable for any delay or failure to deliver the Equipment due to causes beyond Modern's control, including, but not limited to, acts of God, fires, strikes, lockouts, floods, government laws, regulations, embargoes, shortages of material, components, or labor disputes, change of design, or discontinuances of manufacture. Any delivery dates stated on the front side of this form shall be extended by the time resulting from any such delay.

**AGENCY:** Buyer, if this is a Sales Order, acknowledges that Modern is a distributor, and is not the manufacturer of the Equipment or its agent.

**CONSEQUENTIAL DAMAGES:** Modern shall not be responsible for any incidental or consequential damages caused by Equipment purchased hereunder malfunctioning or by any delays or failures to make delivery as set forth on the front of this form or to provide Buyer with a replacement for any such Equipment.

**RESPONSIBILITY FOR INJURIES AND INDEMNIFICATIONS:** Any Buyer, Vendor, or Subcontractor hereunder shall indemnify and hold harmless Modern from all losses, costs, and expenses, including attorneys' fees, arising from any claims of personal injury, death, or property damage in connection with any Equipment sold hereunder, caused by any act or omission of any such Buyer, Vendor, or Subcontractor, or any of its agents, and/or employees.



**Over 50 Years of Service**

(1) MODERN HANDLING EQUIPMENT CO.
(2) SEELY EQUIPMENT AND SUPPLY CO.
(3) MODERN HANDLING EQUIPMENT OF NJ
(4) MODERN EQUIPMENT SALES & RENTALS

### IN PENNSYLVANIA:

**ALLENTOWN, PA (1) (4)**
6352 Chapman Rd., P.O. Box 3230
(800) 222-3321

**BRISTOL, PA (1)**
2501 Durham Road
(800) 223-3827

**BRISTOL, PA (4)**
5790 Rt. 13
(800) 808-0504

**HARRISBURG, PA (1)**
932 S. 13th Street
(800) 637-3021

**HAVERTOWN, PA (4)**
120 W. Eagle Road
(800) 808-0503

**LANCASTER, PA (1) (4)**
1207 Manheim Pike
(800) 289-9362

**LANSDOWNE, PA (4)**
53 N. Union Avenue
(800) 808-0507

**READING, PA (1)**
2021 Centre Avenue
(800) 666-5666

**WEST CHESTER (4)**
868 Lincoln Avenue
(800) 466-3152

**W. CONSHOHOCKEN, PA (4)**
1165 Matsonford Road
(800) 445-4381

**WILKES-BARRE, PA (1)**
295 New Commerce Blvd.
(800) 698-7090

**WILLIAMSPORT, PA (1)**
2605 Reach Road
(800) 820-2851

**UWCHLAND, PA (1)**
E. Township Line Rd. & Senn Dr.
(800) 790-9007

**YORK, PA (1)**
3480 Board Road
(800) 233-9417

### IN DELAWARE:

**NEW CASTLE, DE (1)**
66A Southgate Blvd.
(800) 452-7800

**WILMINGTON, DE (4)**
24 Brookside Drive
(800) 227-2525

### IN MARYLAND:

**BALTIMORE, MD (4)**
7667 Pulaski Highway
(800) 841-3130

### IN NEW JERSEY:

**EDISON, NJ (3)**
75 New Street
(800) 846-5840

**EDISON, NJ (4)**
184 Whitman Ave.
(800) 738-2977

**MERCERVILLE, NJ (4)**
2035 Nottingham Way
(800) 808-0603

**HASBROUCK HGTS, NJ (3) (4)**
112-128 Rt. 17
(800) 233-0197

**HIGHTSTOWN, NJ (4)**
909 Rt. 130 North
(800) 808-0601

**NORTHFIELD, NJ (4)**
2101 New Road
(800) 808-0602

**WALL, NJ (2) (4)**
1325 Highway 34
(800) 866-0156

**EXHIBIT C**





INVOICE NO.

330-06136

PAGE   1

Over 50 Years of Service

SOLD TO:   GIANT BATTERY
           62-64 VINCENT CIRCLE
           IVYLAND        PA  18974

SHIP TO:   GIANT BATTERY
           62-64 VINCENT CIRCLE
           IVYLAND        PA  18974

MAIL PAYMENTS TO:  P O BOX 8500 (S1715) PHILADELPHIA, PA. 19178
                   PLEASE LIST INVOICE NUMBER ON CHECK

CT REF# 45320

| DATE 5/03/01 | CUSTOMER # 63838 | CUSTOMER ORDER # VERBAL | ORDERED BY STEVE SMITH | SHIP VIA U.P.S | PU | EMP # 39990 | SLS # 300 |

| QTY ORDERED | B/O | QTY SHIPPED | PART# | MFG | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | 271897 | | DRIVER | 38.02 | 38.02 |
| 1 | | 1 | 371537 | REPL 840382 | COIL | 47.85 | 47.85 |

|  | SUB-TOTAL | 85.87 |
|---|---|---|
|  | INCOMING FRT | 10.13 |

COMPANY NOT REGISTERED TO COLLECT PA SALES TAX. REMIT SALE
TAX DIRECTLY TO THE APPROPRIATE PA STATE TAX DEPARTMENT

TOTAL AMT       96.00

REC. BY _____

**MINIMUM BILLING: $15.00**
**TERMS:** Net due on receipt of invoice - No discount allowed.
A service charge of 1% per month (12% per annum) will be charged on past due accounts.
No returns accepted without prior approval. A handling/restocking charge will be deducted from all returns.
All discrepancies must be reported within 5 days of receipt of shipment.
Applicable Sales, Use or Excise Taxes are payable by purchaser in addition to the prices stated herein.

CHARGE

IF INVOICE IS PAID AFTER
6/02/01
PLEASE PAY THIS AMOUNT
96.96

GRPINV-F 11/20/96 P4

**EXHIBIT D**

MODERN HANDLING EQUIP CO

215-943-9180

GIANT BATTERY
62-64 VINCENT CIRCLE
IVYLAND, PA 18974

43929    01/15/2002    1

MAIL PAYMENTS TO:    P O BOX 8500 (S-1880) PHILADELPHIA, PA. 19178

PAYMENTS RECEIVED AFTER 01/15/2002
WILL APPEAR ON NEXT MONTHS STATEMENT

8/24/2001 SI 100 150 49327    435.66    435.66

| BALANCE DUE AGING: | CURRENT | OVER 30 | OVER 60 | OVER 90 |
|---|---|---|---|---|
| | | | | 435.66 |

435.66

**EXHIBIT E**

GNB BILLING PROBLEMS STILL NOT RESOLVED

09/11/2001

| INV # | DATE | VENDOR | AMOUNT | PO # | CUSTOMER | PROBLEM |
|---|---|---|---|---|---|---|
| 89430 | 5/9/00 | HYSTER | 1,869.76 | 03070000T | MARCOR | STEVE SMITH TO PROVIDE PROOF OF DELIVERY |
| 138366 | 7/21/00 | HYSTER | 4,570.25 | MCMASTER-C | MCMASTER CARR | INV. IN ERROR. MCMASTER NEVER ORDERED BATTERY, WAITING FOR CREDIT |
| 138367 | 7/21/00 | HYSTER | 4,570.25 | MCMASTER-D | MCMASTER CARR | INV. IN ERROR. MCMASTER NEVER ORDERED BATTERY, WAITING FOR CREDIT |
| 162098 | 8/25/00 | HYSTER | 8,681.19 | 38049-PFIZER | PFIZER | WRONG PO #. CANNOT IDENTIFY WHAT BILL IS FOR, STEVE S TO INVESTIGATE |
| 156689 | 8/21/00 | HYSTER | 2,893.73 | 38049-PFIZER | STERITEK? | WRONG PO #. CANNOT IDENTIFY WHAT BILL IS FOR, STEVE S TO INVESTIGATE |
| 142305 | 7/27/00 | HYSTER | 1,590.00 | 33195-DISPLAY | ? | PRODUCT RETURNED, WAITING FOR CREDIT |
| 147111 | 8/3/00 | HYSTER | 1,854.25 | 33195-DISPLAY | ? | PRODUCT RETURNED, WAITING FOR CREDIT |
| 239246 | 12/22/00 | HYSTER | 5,746.50 | 38649-MICRO | MICROBIO MEDICS | STEVE SMITH WILL PAY AS PER MEETING 5/10/01. NO PAYMENT RECEIVED YET |
| 219361 | 11/8/00 | HYSTER | 6,857.00 | 38650-MICRO | MICRO BIO-MEDICS | AS PER STEVE (5/10) BATTERIES WERE SENT BACK. MODERN WILL RECEIVE FULL CREDIT. |
| 565753 | 9/7/01 | HYSTER | 2,981.00 | 39513 | LOREAL | DUPLICATE INVOICE |
| 556210 | 8/28/01 | HYSTER | 1,930.00 | 39512 | NJ TRANSIT | DUPLICATE INVOICE |

$   43,543.93   TOTAL DOLLARS IN QUESTION/DISPUTE WITH SALES DEPT.