**EXHIBIT A**

```
MODERN HANDLING EQUIP. NJ                                    INVOICE NO.
75 NEW STREET
EDISON           NJ   08837                                  333-24983
(732) 738-9200
```



Over 50 Years of Service

PAGE

| SOLD TO: | GIANT BATTERY<br>62-64 VINCENT CIRCLE<br>IVYLAND   PA  18974 | SHIP TO: | GENERAL MOTORS<br><br>LINDEN   NJ |
|---|---|---|---|

MAIL PAYMENTS TO: P O BOX 8500 (S1715) PHILADELPHIA, PA. 19178   WHOLEGOOD ORDER# 39212
PLEASE LIST INVOICE NUMBER ON CHECK

| DATE | CUSTOMER # | CUSTOMER ORDER # | ORDERED BY | SHIP VIA | PU | EMP # | SLS # |
|---|---|---|---|---|---|---|---|
| 4/27/01 | 63839 | STEVE SMITH | STEVE SMITH | | | | 33510 |

| QTY ORDERED | QTY B/O | QTY SHIPPED | MODEL# | MFG | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | M890180021CB759 | GNB | BATTERY<br>SERIAL#: KAD0109 | | |
| 1 | | 1 | M890180021CB759 | GNB | BATTERY<br>SERIAL#: KBD0111 | | |
| 1 | | 1 | M8901810019B75958 | GNB | BATTERY<br>SERIAL#: KGC0127 | | |
| 1 | | 1 | M8901810019B75958 | GNB | BATTERY<br>SERIAL#: KGC0165 | | |
| 1 | | 1 | M890180021CB759 | GNB | BATTERY<br>SERIAL#: KAD0123 | | |
| 1 | | 1 | M890180021CB759 | GNB | BATTERY<br>SERIAL#: KAD0154 | | |
| 1 | | 1 | M890180021CB759 | GNB | BATTERY<br>SERIAL#: KAD0152 | | |

*** CONTINUED ***

C. BY _____

**INIMUM BILLING: $15.00**
**ERMS:** Net due on receipt of invoice - No discount allowed.
service charge of 1% per month (12% per annum) will be charged on past due accounts.
o returns accepted without prior approval. A handling/restocking charge will be deducted from all returns.
ll discrepancies must be reported within 5 days of receipt of shipment.
oplicable Sales, Use or Excise Taxes are payable by purchaser in addition to the prices stated herein.
RPINV-F 11/20/96 P4

CUSTOMER COPY

```
                                                                          INVOICE NO.
MODERN HANDLING EQUIP. NJ
75 NEW STREET                                                             333-24983
EDISON          NJ   08837
(732) 738-9200
                            Over 50 Years of Service
                                                                                  PAGE
```



```
SOLD TO:   GIANT BATTERY                      SHIP TO:  GENERAL MOTORS
           62-64 VINCENT CIRCLE
           IVYLAND       PA  18974                      LINDEN          NJ


MAIL PAYMENTS TO: P O BOX 8500 (S1715) PHILADELPHIA, PA. 19178   WHOLEGOOD ORDER#   39212
                  PLEASE LIST INVOICE NUMBER ON CHECK
DATE      CUSTOMER #    CUSTOMER ORDER #    ORDERED BY       SHIP VIA      PU     EMP #    SLS #
4/27/01    63839        STEVE SMITH         STEVE SMITH                           33510
```

| QTY ORDERED | QTY B/O | QTY SHIPPED | MODEL# | MFG | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | M890180021CB759 | GNB | BATTERY SERIAL#: KAD0150 | | |
| 1 | | 1 | M89018090019B759 | GNB | BATTERY SERIAL#: KGC0155 | | |
| 1 | | 1 | M89018090019B759 | GNB | BATTERY SERIAL#: KGC0199 | | |
| 1 | | 1 | M89018090019B759 | GNB | BATTERY SERIAL#: KGC0140 | | |
| 1 | | 1 | M89018090019B759 | GNB | BATTERY SERIAL#: KGC0135 | | |
| 1 | | 1 | M89018090019B759 | GNB | BATTERY SERIAL#: KGC0130 | | |

```
                BILLED FOR 13 BATTERIES SENT TO GENERAL MOTORS

                                                      SUB-TOTAL      72862.90



                                                      TOTAL AMT      72862.90
```

```
 BY_____                           *CHARGE*

MINIMUM BILLING: $15.00                                 IF INVOICE IS PAID AFTE
TERMS: Net due on receipt of invoice - No discount allowed.          5/27/01
Service charge of 1% per month (12% per annum) will be charged on past due accounts.
No returns accepted without prior approval. A handling/restocking charge will be deducted from all returns.   PLEASE PAY THIS AMOUNT
All discrepancies must be reported within 5 days of receipt of shipment.                                                 73591.53
Applicable Sales, Use or Excise Taxes are payable by purchaser in addition to the prices stated herein.

PINV-F 11/20/96 P4
                                    CUSTOMER COPY
```

```
HANDLING EQUIP. NJ                                                    INVOICE NO.
STREET
         NJ    08837                                                  333-25029
738-9200
```

Over 50 Years of Service

PAGE    2

```
SOLD TO:   GIANT BATTERY                        SHIP TO:   GENERAL MOTORS
           62-64 VINCENT CIRCLE                            RT 1
           IVYLAND        PA  18974                        LINDEN              NJ

IL PAYMENTS TO:  P O BOX 8500 (S1715) PHILADELPHIA, PA. 19178    WHOLEGOOD ORDER#   39241
                 PLEASE LIST INVOICE NUMBER ON CHECK
     CUSTOMER #     CUSTOMER ORDER #      ORDERED BY           SHIP VIA      PU     EMP #    SLS #
1/01    63839       SIGNED ORDER     STEVE SMITH                                    33510    300

 TY            QTY                                                           UNIT
ERED   B/O   SHIPPED  MODEL#          MFG         DESCRIPTION                PRICE        AMOUNT

  1            1    M89018090198759   GNB         BATTERY
                                            SERIAL#: KDD0330

  1            1    M89018090198759   GNB         BATTERY
                                            SERIAL#: KDD0329

  1            1    M89018090198759   GNB         BATTERY
                                            SERIAL#: KDD0308

  1            1    M89018090198759   GNB         BATTERY
                                            SERIAL#: KDD0303

  1            1    M89018090198759   GNB         BATTERY
                                            SERIAL#: KDD0299

  1            1    M89018090198759   GNB         BATTERY
                                            SERIAL#: KDD0297

  1            1    M89018090198759   GNB         BATTERY
                                            SERIAL#: KSS0295

  1            1    M89018090198759   GNB         BATTERY
                                            SERIAL#: KDD0291
                                            *** CONTINUED ***
```

BILLING: $15.00
Net due on receipt of invoice - No discount allowed.
charge of 1% per month (12% per annum) will be charged on past due accounts.
accepted without prior approval. A handling/restocking charge will be deducted from all returns.
ancies must be reported within 5 days of receipt of shipment.
Sales, Use or Excise Taxes are payable by purchaser in addition to the prices stated herein.
20/96 P4

 

NJ 08837

**Modern**
*Over 50 Years of Service*

INVOICE NO. 333-25029

PAGE

| SOLD TO: | GIANT BATTERY<br>62-64 VINCENT CIRCLE<br>IVYLAND   PA  18974 | SHIP TO: | GENERAL MOTORS<br>RT 1<br>LINDEN    NJ |
|---|---|---|---|

MAIL PAYMENTS TO: P O BOX 8500 (S1715) PHILADELPHIA, PA. 19178
PLEASE LIST INVOICE NUMBER ON CHECK

WHOLEGOOD ORDER# 39241

| DATE | CUSTOMER # | CUSTOMER ORDER # | ORDERED BY | SHIP VIA | PU | EMP # | SLS |
|---|---|---|---|---|---|---|---|
| 5/11/01 | 63839 | SIGNED ORDER | STEVE SMITH | | | | 33510 |

| QTY ORDERED | B/O | QTY SHIPPED | MODEL# | MFG | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | M8901809019B759 | GNB | BATTERY<br>SERIAL#: KDD0321 | | |
| 1 | | 1 | M8901809019B759 | GNB | BATTERY<br>SERIAL#: KDD0328 | | |
| 1 | | 1 | M8901809019B759 | GNB | BATTERY<br>SERIAL#: KDD0319 | | |
| 1 | | 1 | M8901809019B759 | GNB | BATTERY<br>SERIAL#: KDD0324 | | |
| 1 | | 1 | M8901809019B759 | GNB | BATTERY<br>SERIAL#: KDD0313 | | |
| 1 | | 1 | M8901809019B759 | GNB | BATTERY<br>SERIAL#: KDD0333 | | |
| 1 | | 1 | M8901809019B759 | GNB | BATTERY<br>SERIAL#: KDD0317 | | |

*** CONTINUED ***

C. BY _____

**INIMUM BILLING: $15.00**
ERMS: Net due on receipt of invoice - No discount allowed.
 service charge of 1% per month (12% per annum) will be charged on past due accounts.
 o returns accepted without prior approval. A handling/restocking charge will be deducted from all returns.
 ll discrepancies must be reported within 5 days of receipt of shipment.
 pplicable Sales, Use or Excise Taxes are payable by purchaser in addition to the prices stated herein.

RPINV-F 11/20/96 P4

CUSTOMER COPY

```
:ON HANDLING EQUIP. NJ                                              INVOICE NO.
IEW STREET
:ON          NJ   08837                                             333-25029
:) 738-9200
```

Over 50 Years of Service

PAGE    3

SOLD TO:    GIANT BATTERY                    SHIP TO:   GENERAL MOTORS
            62-64 VINCENT CIRCLE                        RT 1
            IVYLAND         PA  18974                   LINDEN          NJ

MAIL PAYMENTS TO: P O BOX 8500 (S1715) PHILADELPHIA, PA. 19178    WHOLEGOOD ORDER#  39241
                  PLEASE LIST INVOICE NUMBER ON CHECK

| \TE | CUSTOMER # | CUSTOMER ORDER # | ORDERED BY | SHIP VIA | PU | EMP # | SLS # |
|---|---|---|---|---|---|---|---|
| i/11/01 | 63839 | SIGNED ORDER | STEVE SMITH | | | 33510 | 300 |

| QTY ORDERED | QTY B/O | QTY SHIPPED | MODEL# | MFG | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | BILLED FOR 15 BATTERIES THAT WENT TO GENERAL MOTORS | | |
| | | | | | IF YOU HAVE ANY QUESTIONS ON THIS INVOICE PLEASE CALL KAREN BEESE @ 732-738-9200 EXT 1120. | | |
| | | | | | ########## THANK YOU FOR YOUR BUSINESS ############### | | |

```
                                                    SUB-TOTAL        78220.50

                              NEW JERSEY      6.000% STATE TAX        4693.23
                                                    TOTAL AMT        82913.73
```

#CHARGE#

JM BILLING: $15.00
:: Net due on receipt of invoice - No discount allowed.              IF INVOICE IS PAID AFTER
:e charge of 1% per month (12% per annum) will be charged on past due accounts.        6/10/01
rns accepted without prior approval. A handling/restocking charge will be deducted from all returns.
repancies must be reported within 5 days of receipt of shipment.     PLEASE PAY THIS AMOUNT
ble Sales, Use or Excise Taxes are payable by purchaser in addition to the prices stated herein.     83742.87
: 11/20/96 P4