N HANDLING EQUIP. NJ
W STREET
IN        NJ   08837
) 738-9200


Modern
Over 50 Years of Service

INVOICE NO.
330-07402

PAGE    1

SOLD TO:  GIANT BATTERY
          62-64 VINCENT CIRCLE
          IVYLAND      PA  18974

SHIP TO:  GIANT BATTERY
          62-64 VINCENT CIRCLE
          IVYLAND      PA  18974

MAIL PAYMENTS TO: P O BOX 8500 (S1715) PHILADELPHIA, PA. 19178
PLEASE LIST INVOICE NUMBER ON CHECK

CT REP# 43478

| DATE | CUSTOMER # | CUSTOMER ORDER # | ORDERED BY | SHIP VIA | PU | EMP # | SLS # |
|---|---|---|---|---|---|---|---|
| /29/01 | 63839 | LNS61947/22 GM RENTA STEVE SMITH | | DIRECT | | 36310 | 300 |

| QTY RDERED | QTY B/O | SHIPPED | PART# | MFG | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | ** RE-PRINT ** | | | |
| 10 | | 7 | PR376188-002 | | GM BATTERY | 6633.60 | 46435.20 |
| | | | | BATTERY RENTAL | | | |
| 10 | | 7 | PR376188-001 | | GM BATTERY | 7279.20 | 50954.40 |
| | | | | GM BATTERIES | | | |

GIANT BATTERY BILLED GM FOR THESE ON GMS55768.

SUB-TOTAL  97389.60

COMPANY NOT REGISTERED TO COLLECT PA SALES TAX. REMIT SALE
TAX DIRECTLY TO THE APPROPRIATE PA STATE TAX DEPARTMENT

TOTAL AMT  97389.60

BY_____

:CHARGE

NIMUM BILLING: $15.00
RMS: Net due on receipt of invoice - No discount allowed.
ervice charge of 1% per month (12% per annum) will be charged on past due accounts.
returns accepted without prior approval. A handling/restocking charge will be deducted from all returns.
discrepancies must be reported within 5 days of receipt of shipment.
olicable Sales, Use or Excise Taxes are payable by purchaser in addition to the prices stated herein.

IF INVOICE IS PAID AFTER
6/28/01

PLEASE PAY THIS AMOUNT
98363.50

INV-E 11/20/96 P4

EDISON        NJ  08837
(732) 738-9200


MODERN
Over 50 Years of Service

333-25189

PAGE

| SOLD TO: | GIANT BATTERY<br>62-64 VINCENT CIRCLE<br>ATTN: STEVE SMITH<br>IVYLAND    PA  18974 | SHIP TO: | FOR: GENERAL MOTORS<br>90 LNS64354<br>LINDEN        NJ |

MAIL PAYMENTS TO: P O BOX 8500 (S1715) PHILADELPHIA, PA. 19178        WHOLEGOOD ORDER#  39380
PLEASE LIST INVOICE NUMBER ON CHECK

| DATE | CUSTOMER # | CUSTOMER ORDER # | ORDERED BY | SHIP VIA | PU | EMP # | SLS # |
|---|---|---|---|---|---|---|---|
| 6/19/01 | 25639 | VIA FAX 6/12/01 | STEVE SMITH | | | 33510 | 30 |

| QTY ORDERED | QTY B/O | QTY SHIPPED | MODEL# | MFG | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01D1114S | | |
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01D1113S | | |
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01D1112S | | |
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01D1111S | | |
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01D1110S | | |
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01D1109S | | |
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01B0336S | | |

*** CONTINUED ***

C. BY _____

NIMUM BILLING: $15.00
RMS: Net due on receipt of invoice - No discount allowed.
service charge of 1% per month (12% per annum) will be charged on past due accounts.
 returns accepted without prior approval. A handling/restocking charge will be deducted from all returns.
 discrepancies must be reported within 5 days of receipt of shipment.
plicable Sales, Use or Excise Taxes are payable by purchaser in addition to the prices stated herein.

PINV-F 11/20/96 P4

FILE COPY

```
MODERN HANDLING EQUIP. NJ                                               INVOICE NO.
75 NEW STREET                       MODERN                              -----------
EDISON      NJ  08837                                                   333-25189
(732) 738-9200              Over 50 Years of Service
                                                                        PAGE
```

| | | | | | |
|---|---|---|---|---|---|
| SOLD TO: | GIANT BATTERY<br>62-64 VINCENT CIRCLE<br>ATTN: STEVE SMITH<br>IVYLAND    PA  18974 | | SHIP TO: | FOR: GENERAL MOTORS<br>90 LNS64354<br>LINDEN              NJ | |

MAIL PAYMENTS TO:  P O BOX 8500 (S1715) PHILADELPHIA, PA. 19178     WHOLEGOOD ORDER#  39380
PLEASE LIST INVOICE NUMBER ON CHECK

| DATE | CUSTOMER # | CUSTOMER ORDER # | ORDERED BY | SHIP VIA | PU | EMP # | SLS # |
|---|---|---|---|---|---|---|---|
| 6/19/01 | 63839 | VIA FAX 6/12/01 | STEVE SMITH | | | 33510 | 30 |

| QTY ORDERED | QTY B/O | QTY SHIPPED | MODEL# | MFG | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01B0335S | | |
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01B1102S | | |
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01B1103S | | |
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01B1101S | | |
| 1 | | 1 | SCR100-24-750T1Z | GNB | CHARGER 48 VOLTS<br>SERIAL#: 01C1303S | | |

IF YOU HAVE ANY QUESTIONS ON THIS INVOICE PLEASE CALL
KAREN BEESE @ 732-738-9200 EXT 1120.

FOR CHARGERS THAT WERE SENT TO GENERAL MOTORS ON 6/6/01
PO #LNS64354

WE APPRECIATE YOUR PROMPT PAYMENT

|  |  |
|---|---|
| | SUB-TOTAL    26076.00 |
| NEW JERSEY    6.000% STATE TAX | 1564.56 |
| TOTAL AMT | 27640.56 |

EC. BY _____                  $CHARGE$

MINIMUM BILLING: $15.00                                          IF INVOICE IS PAID AFTER
TERMS: Net due on receipt of invoice - No discount allowed.              7/19/01
 service charge of 1% per month (12% per annum) will be charged on past due accounts.
 No returns accepted without prior approval. A handling/restocking charge will be deducted from all returns.    PLEASE PAY THIS AMOUNT
 All discrepancies must be reported within 5 days of receipt of shipment.              27916.97
 Applicable Sales, Use or Excise Taxes are payable by purchaser in addition to the prices stated herein.
RPINV-F 11/20/96 P4
                            FILE COPY

**EXHIBIT B**

Case 2:02-cv-03204-MMB     Document 2-3     Filed 07/31/2002     Page 4 of 8

## GENERAL TERMS AND CONDITIONS

The following terms apply unless specifically modified in writing signed by Modern or unless otherwise stated on the front side hereof.

**DEFINITIONS:** "Modern" means the company whose name is printed in the upper left hand corner of the front of this form. "Equipment" means the goods and services described on the front of this form under "DESCRIPTION". "Buyer" means the Buyer of the Equipment, if this form is used as a "Sales Order." "Vendor" means the vendor to Modern of the Equipment, if this form is used as a Purchase Order or Change Order. "Subcontractor" means subcontractor installing the Equipment, if this form is used as an Installation Contract.

**TAXES:** Under Sales Orders, Buyer is responsible for payment of any excise, privilege, sales, or similar taxes, whether federal, state, or local, on the sale by Modern of the Equipment to Buyer, whether or not such taxes are included in the price stated on the front side hereof.

**PAYMENT:** Payment on Sales Orders shall be made as stated on the front of this form without any retention, offsets, back charges or other withholding. Deposits will not be refunded unless specified otherwise.

**SHIPMENT:** On Sales Orders, Equipment will be shipped F.O.B. point of origin, with freight collect or prepaid, as stated on the front of this form. Delivery to the carrier shall constitute delivery to Buyer for all purposes. For Purchase Orders (including Change Orders) freight terms will be as stated on the front side of this form.

**WARRANTY:** On Sales Orders for new Equipment, the only warranty to Buyer is that of the manufacturer. Modern offers no additional warranty. For used Equipment or for modifications made by Modern to Equipment, and any warranty will be only as stated on the front of this form. Modern makes no other warranties, express or implied, with respect to any Equipment purchased or serviced hereunder and Buyer hereby acknowledges that there has been no reliance on any statements or representations, except as specifically set forth on the front hereof.

**FORCE MAJEURE:** Modern is not liable for any delay or failure to deliver the Equipment due to causes beyond Modern's control, including, but not limited to, acts of God, fires, strikes, lockouts, floods, government laws, regulations, embargoes, shortages of material, components, or labor disputes, change of design, or discontinuances of manufacture. Any delivery dates stated on the front side of this form shall be extended by the time resulting from any such delay.

**AGENCY:** Buyer, if this is a Sales Order, acknowledges that Modern is a distributor, and is not the manufacturer of the Equipment or its agent.

**CONSEQUENTIAL DAMAGES:** Modern shall not be responsible for any incidental or consequential damages caused by Equipment purchased hereunder malfunctioning or by any delays or failures to make delivery as set forth on the front side of this form or to provide Buyer with a replacement for any such Equipment.

**RESPONSIBILITY FOR INJURIES AND INDEMNIFICATIONS:** Any Buyer, Vendor, or Subcontractor hereunder shall indemnify and hold harmless Modern from all losses, costs, and expenses, including attorneys' fees, arising from any claims of personal injury, death, or property damage in connection with any Equipment sold hereunder, caused by any act or omission of any such Buyer, Vendor, or Subcontractor, or any of its agents, and/or employees.



Over 50 Years of Service

(1) MODERN HANDLING EQUIPMENT CO.
(2) SEELY EQUIPMENT AND SUPPLY CO.
(3) MODERN HANDLING EQUIPMENT OF NJ
(4) MODERN EQUIPMENT SALES & RENTALS

**IN PENNSYLVANIA:**

ALLENTOWN, PA (1) (4)
6352 Chapman Rd., P.O. Box 3230
(800) 222-3321

BRISTOL, PA (1)
2501 Durham Road
(800) 223-3827

BRISTOL, PA (4)
5790 Rt. 13
(800) 808-0504

HARRISBURG, PA (1)
932 S. 13th Street
(800) 637-3021

HAVERTOWN, PA (4)
120 W. Eagle Road
(800) 808-0503

LANCASTER, PA (1) (4)
1207 Manheim Pike
(800) 289-9362

LANSDOWNE, PA (4)
53 N. Union Avenue
(800) 808-0507

READING, PA (1)
2021 Centre Avenue
(800) 666-5666

WEST CHESTER (4)
868 Lincoln Avenue
(800) 466-3152

W. CONSHOHOCKEN, PA (4)
1165 Matsonford Road
(800) 445-4381

WILKES-BARRE, PA (1)
295 New Commerce Blvd.
(800) 698-7090

WILLIAMSPORT, PA (1)
2605 Reach Road
(800) 820-2851

UWCHLAND, PA (1)
E. Township Line Rd. & Senn Dr.
(800) 790-9007

YORK, PA (1)
3480 Board Road
(800) 233-9417

**IN DELAWARE:**

NEW CASTLE, DE (1)
66A Southgate Blvd.
(800) 452-7800

WILMINGTON, DE (4)
24 Brookside Drive
(800) 227-2525

**IN MARYLAND:**

BALTIMORE, MD (4)
7667 Pulaski Highway
(800) 841-3130

**IN NEW JERSEY:**

EDISON, NJ (3)
75 New Street
(800) 846-5840

EDISON, NJ (4)
184 Whitman Ave.
(800) 738-2977

MERCERVILLE, NJ (4)
2035 Nottingham Way
(800) 808-0603

HASBROUCK HGTS, NJ (3) (4)
112-128 Rt. 17
(800) 233-0197

HIGHTSTOWN, NJ (4)
909 Rt. 130 North
(800) 808-0601

NORTHFIELD, NJ (4)
2101 New Road
(800) 808-0602

WALL, NJ (2) (4)
1325 Highway 34
(800) 866-0156

**EXHIBIT C**




ERB HANDLING EQUIP. NJ
08837

**MODERN**
Over 50 Years of Service

INVOICE NO.
330-06136

PAGE 1

SOLD TO: GIANT BATTERY
62-64 VINCENT CIRCLE
IVYLAND      PA  18974

SHIP TO: GIANT BATTERY
62-64 VINCENT CIRCLE
IVYLAND      PA  18974

MAIL PAYMENTS TO: P O BOX 8500 (S1715) PHILADELPHIA, PA. 19178
PLEASE LIST INVOICE NUMBER ON CHECK

CT REF# 45320

| DATE | CUSTOMER # | CUSTOMER ORDER # | ORDERED BY | SHIP VIA | PU | EMP # | SLS # |
|---|---|---|---|---|---|---|---|
| 5/03/01 | 63839 | VERBAL | STEVE SMITH | U.P.S | | 39990 | 300 |

| QTY ORDERED | QTY B/O | QTY SHIPPED | PART# | MFG | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | 271897 | REPL 840382 | DRIVER | 38.02 | 38.02 |
| 1 | | 1 | 371537 | | COIL | 47.85 | 47.85 |

SUB-TOTAL      85.87
INCOMING FRT   10.13

COMPANY NOT REGISTERED TO COLLECT PA SALES TAX. REMIT SALE
TAX DIRECTLY TO THE APPROPRIATE PA STATE TAX DEPARTMENT

TOTAL AMT      96.00

REC. BY _____

:CHARGE

**MINIMUM BILLING: $15.00**
**TERMS:** Net due on receipt of invoice - No discount allowed.
A service charge of 1% per month (12% per annum) will be charged on past due accounts.
No returns accepted without prior approval. A handling/restocking charge will be deducted from all returns.
All discrepancies must be reported within 5 days of receipt of shipment.
Applicable Sales, Use or Excise Taxes are payable by purchaser in addition to the prices stated herein.

IF INVOICE IS PAID AFTER
6/02/01
PLEASE PAY THIS AMOUNT
96.96

GRPINV-F 11/20/96 P4

FILE COPY

Case 2:02-cv-03204-MMB     Document 2-3     Filed 07/31/2002     Page 8 of 8