IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MODERN HANDLING | : | CIVIL ACTION |
| | : | |
| VS. | : | NO.  02-3204 |
| | : | |
| GIANT BATTERY | : | |

## ORDER

AND NOW, this 5th of AUGUST, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Clifford Green to the Honorable Michael M. Baylson.

FOR THE COURT:


JAMES T. GILES
Chief Judge

ATTEST:


MICHAEL E. KUNZ
Clerk of Court